UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

USA )
)
vs )  CASE NUMBER  CR605-33
)
Billy Wayne Cheney )
)

# ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 7 day of May, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA